IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAFAEL IRIZARY-VELEZ,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 17-606 (CCC)<br><br>VIOLATION:<br><br>21 U.S.C. § 844(a)<br><br>(ONE COUNT) |

THE UNITED STATES ATTORNEY CHARGES:

### Count One
### Possession of Cocaine Base
(Title 21, United States Code § 844(a))

On or about September 29, 2016, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant, Rafael Irizarry-Velez, knowingly and intentionally possessed cocaine base ("crack"), a Schedule II narcotic controlled substance. All in violation of Title 21, United States Code, Section 844(a).

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

_____
Timothy Henwood
First Assistant United States Attorney

_____
Myriam Fernandez,
Assistant United States Attorney
Unit Chief, Financial Fraud and Corruption

_____
Nicholas W. Cannon
Assistant United States Attorney